UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **Marguelita Boursiquot ,** | ] |
| **Plaintiff**, | ] **08 Civ. 3521** |
| - against - | ] **Notice of Appearance** |
| **Senior Home Care, Inc., and Susan Diamond,** | ] **(For ECF Notification)** |
| **Defendants.** | ] |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Michael G. O'Neill hereby enters his appearance on behalf of the plaintiff.

Dated: New York, New York
       April 16, 2008

                              MICHAEL G. O'NEILL
                              (MO3957)

_____
Attorney for Plaintiff
30 Vesey Street, Third Floor
New York, New York 10007
(212) 581-0990