**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
-------------------------------X
Marguelita Boursiguot

                                    NOTICE OF REASSIGNMENT

          -V-
                                    1:08 CV 3521 (LTS) (GWG)


Senior Home Care

-------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

    JUDGE: Laura Taylor Swain

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

Dated: 05/07/2008

by: _____
        Deputy Clerk

CC:   Attorneys of Record

CASE REDESIGNATED TO: Gabriel W. Gorenstein

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004