# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*Via Facsimile Transmission*
212-805-0426
# of pages: 2

August 18, 2008

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

      Re:    Re: Boursiquot v. Senior Home Care Inc. and Susan Diamond
             (S.D.N.Y. – No. 08 CV 3521)

Dear Judge Swain

The parties have discussed and agreed to a schedule regarding the defendants' time to answer in this matter. Enclosed please find the stipulation of the parties reflecting this agreement which we respectfully submit with the consent of defendants' counsel to your Honor for your consideration to be so ordered in this matter.

The parties also respectfully request an adjournment of the initial status conference presently scheduled for August 22, 2008 for several weeks in order to allow the parties to discuss this matter further, including the basis for a resolution of this dispute. No prior request has been made to your Honor for an adjournment in this matter.

Very truly yours,

[signature]

Kosta Kollef (KK-2997)

cc:
Jeff Englander (JE-2872) (by facsimile transmission)
Fax: 917-522-3121

*Handwritten endorsement:* The conference is adjourned to October 10, 2008, at 10:15 AM.

**SO ORDERED.**

NEW YORK, NY
8/19, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

30 VESEY STREET•NEW YORK•NEW YORK•10007•(212) 581-0990•K.KOLLEF@ONEILLLAW.COM