MICHAEL G. O'NEILL
(MO3957)
Attorney for Plaintiff
30 Vesey Street, Third Floor
New York, New York 10007
(212) 581-0990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGUELITA BOURSIQUOT,

    Plaintiff,

- against -

SENIOR HOME CARE, INC.,
AND SUSAN DIAMOND,

    Defendants.

08 CV 3521 (LTS)

---

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that the time for defendants to appear, answer or move with respect to plaintiff's complaint shall be extended to September 26, 2008.

    IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this stipulation and proposed order will be deemed an original and the stipulation maybe signed in counterparts which together constitute one instrument.

Dated: August 18, 2008

Law Offices of Michael G. O'Neill
By: Kosta Kollef (KK-2777)
30 Vesey Street, 3Td Floor
New York, New York 10007
212-581-0990

Morrison Cohen LLP
Jeffrey P. Englander (JE-2872)
909 Third Avenue
New York, New York 10022
212-735-8720

SO ORDERED:

8/19/08
U.S.D.J